IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIS SISWANTO, Personal Representative of the Heirs of MRS. SUSIYAH, deceased, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AIRBUS, S.A.S., a corporation, AIRBUS AMERICAS, INC., a corporation, DORIC CORORATION, a corporation, HONEYWELL, INTERNATIONAL, INC., a corporation, THALES GROUP, INC., a corporation, THALES USA, INC., a corporation, GE AVIATION SYSTEMS, LLC., a limited liability corporation, MOTOROLA, INC., a corporation, HAMILTON SUNDSTRAND CORP., a corporation, GOODRICH CORP., a corporation,<br><br>Defendants. | No. 15-cv-5486<br><br>Hon. John Robert Blakey |

**PLAINTIFFS' REPORT OF NOTIFICATION TO THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OF THE FILING OF THE INSTANT LAWSUIT**

On Wednesday, July 1, 2015, Floyd A. Wisner, counsel for plaintiffs, provided written notice to the Clerk of the Judicial Panel On Multidistrict Litigation of the filing of the complaint in this matter pursuant to 28 U.S.C. § 1369(e). (See letter from Floyd A. Wisner to the Clerk of the JPML attached hereto).

Respectfully submitted,

          /s/Floyd A. Wisner
One of Attorneys For Plaintiffs

Wisner Law Firm, P.C.
514 W. State Street
Suite 200
Geneva, Illinois 60134
(630) 262-9434
(630) 262-1066 (fax)
faw@wisner-law.com
Ill. ID No. 3048713