IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIS SISWANTO, Personal Representative of the Heirs of MRS. SUSIYAH, deceased, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 15-cv-5486 |
| AIRBUS, S.A.S., a corporation, AIRBUS AMERICAS, INC., a corporation, DORIC CORORATION, a corporation, HONEYWELL, INTERNATIONAL, INC., a corporation, THALES GROUP, INC., a corporation, THALES USA, INC., a corporation, GE AVIATION SYSTEMS, LLC., a limited liability corporation, MOTOROLA, INC., a corporation, HAMILTON SUNDSTRAND CORP., a corporation, GOODRICH CORP., a corporation, | ) ) Hon. John Robert Blakey ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' REPORT OF NOTIFICATION TO THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OF THE FILING OF THE INSTANT LAWSUIT**

On Wednesday, July 1, 2015, Floyd A. Wisner, counsel for plaintiffs, provided written notice to the Clerk of the Judicial Panel On Multidistrict Litigation of the filing of the complaint in this matter pursuant to 28 U.S.C. § 1369(e). (See letter from Floyd A. Wisner to the Clerk of the JPML attached hereto).

                                                                         Respectfully submitted,

                                                                     /s/Floyd A. Wisner
                                                         One of Attorneys For Plaintiffs

                                                         Wisner Law Firm, P.C.
                                                         514 W. State Street
                                                         Suite 200
                                                         Geneva, Illinois 60134
                                                         (630) 262-9434
                                                         (630) 262-1066 (fax)
                                                         faw@wisner-law.com
                                                         Ill. ID No. 3048713

# Wisner Law Firm, P.C.

Concentrating in Aviation Law

514 W. State Street, Suite 200 • Geneva, Illinois 60134
Telephone (630) 262-9434 • Facsimile (630) 262-1066
www.wisner-law.com

**Floyd A. Wisner**
faw@wisner-law.com

**Alexandra M. Wisner**
awisner@wisner-law.com

July 1, 2015

**Via email (helpdesk@jpml.uscourts.gov)**

Clerk of the Judicial Panel For Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

Attention: JPML Help Desk

Re: *Aris Siswanto, et al. v. Airbus, S.A.S., et al.*; No. 15-cv-5486
United States District Court For the Northern District of Illinois,
Eastern Division

Dear Sir or Madam:

We herewith provide notice to the Panel that the above-referenced lawsuit was filed on June 19, 2015. Attached please find a copy of Plaintiffs' Complaint, Amended Complaint, and the May 29, 2015 order issued by the Honorable John Robert Blakey directing us to notify the Panel of this lawsuit pursuant to 28 U.S.C. §1369(e).

Very truly yours,

Floyd A. Wisner

Floyd A. Wisner

FAW/jw

Attachments