UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIS SISWANTO, Personal Representative of the Heirs of MRS. SUSIYAH, deceased, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AIRBUS, S.A.S., a corporation, *et al.*<br><br>Defendants. | Civil Action No. 15-CV-5486<br><br>Hon. John Robert Blakey |

### DEFENDANT AIRBUS S.A.S.'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Airbus S.A.S. makes the following disclosures. Airbus Group S.E. is the parent company of Airbus S.A.S. There are no other parent companies of Airbus S.A.S. The following companies own 5% or more of Airbus S.A.S.'s stock: Airbus Group SE (94.42%) and EADS CASA France (5.58%).

Dated: November 4, 2015

Respectfully submitted,

/s/ Stanley V. Boychuck               .
Stanley V. Boychuck, ARDC #3124066
Anthony J. Monaco, ARDC #6279545
**SWANSON, MARTIN & BELL, L.L.P.**
330 N. Wabash St., Suite 3300
Chicago, Illinois 60611
Tel.: 312-321-9100
sboychuc@smbtrials.com
amonaco@smbtrials.com

/s/ Thad T. Dameris                .
Thad T. Dameris*
Christopher M. Odell*
**ARNOLD & PORTER, L.L.P.**
700 Louisiana Street, Suite 1600
Houston, Texas 77002
thad.dameris@aporter.com
christopher.odell@aporter.com
*Pro hac vice motion to be filed*

David J. Weiner*
**ARNOLD & PORTER, L.L.P.**
601 Massachusetts Ave, NW

Washington, DC 20001
david.weiner@aporter.com
*Pro hac vice motion to be filed

*Attorneys for Defendant Airbus S.A.S.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 4th day of November, 2015.

*/s/ Anthony J. Monaco*
Anthony J. Monaco