Your ref   To be advised
Our ref   PZL/SSY/774686



**Kennedys Legal Solutions**

80 Raffles Place
#44-01 UOB Plaza 1
Singapore
048624

T +65 6671 7400
F +65 6671 7401

www.kennedyslaw.com

Condon & Forsyth LLP
7 Times Squares
New York, NY10036
United States

**Direct Dial**
+65 6671 7420
+65 6671 7432

**Attention : John Maggio Esq**

**Email**
Peng.Lim@kennedyslaw.com
Sansan.Yeap@kennedyslaw.com

**Date**
26 February 2016

Dear Mr Maggio,

<u>Re: Indonesia AirAsia, Flight QZ8501, DOL: 28 December 2014</u>

I am writing in my capacity as the solicitor instructed on behalf of PT Indonesia AirAsia ("IAA") in connection with the accident involving an Airbus A320 aircraft operated as Flight QZ8501 which crashed in the Java Sea Indonesia. This letter is in response to your request for a statement of IAA's position regarding litigation in the United States, litigation in Indonesia, and settlements.

IAA is a privately held Indonesian corporation with its headquarters in Tangerang, Banten, near Jakarta, Indonesia. IAA is licensed by the Indonesian Directorate General of Civil Aviation. At the time of this accident and today, IAA flies routes throughout Indonesia and to destinations in Singapore, Malaysia and Thailand. IAA did not (and does not) operate any aircraft to, from, or within the United States and IAA has never possessed operating rights in, or to the United States.

We have been provided with the names of the plaintiffs in the action before the Northern District of Illinois Case No.15-CV-5486 per the Second Amended Complaint dated 15 October 2015. The plaintiffs have named 21 passengers in that action and they are as follows:

    Susiyah
    Andreas Widjaja
    Djoko Satryo Tanoe Widjaja
    Stephanie Yulianto
    Prawira Harja Subagio
    Djarot Biantoro
    Ernawati

Kennedys Legal Solutions is the trading name of Kennedys Legal Solutions Pte Ltd, a limited liability joint law venture between Kennedys Singapore LLP and Legal Solutions LLC. The word "Partner" refers to a member of Kennedys Legal Solutions, or an employee or consultant who is a lawyer with equivalent standing and qualifications.



Kevin Biantoro
Chi Man Choi
Zoe Man Suen Choi
Bundi Su
Yenni
Steven Michael Ang
Sharon Michelle Ang
Eko Wijaya
Susandhini Liman
Marilyn Wijaya
Alfred Wijaya
William Wijaya
Ferny Yufina Purnomo
Christien Aulia Purnomo

Flight QZ8501 was an international flight from Indonesia to Singapore. All the above-named passengers were on roundtrip carriage beginning and ending in Surabaya, Indonesia. Their carriage was therefore governed by the Warsaw Convention 1929. The accident occurred in Indonesian waters. There is no jurisdiction for claims arising against IAA anywhere other than in Indonesia pursuant to Article 28 of the Warsaw Convention.

It is not IAA's intention to obstruct the assertion of claims by passengers' families against IAA, but IAA believes that claims arising from this accident should be governed by Indonesian law and that damages for such claims should be awarded in accordance with that law. Consequently, IAA will not agree to submit to jurisdiction of a court located in the United States. IAA will also not agree to make its employees, representatives or counsels available for depositions in the United States nor will it agree to produce documents for use in the United States litigation, unless required by Indonesian courts under Indonesian law.

To date, IAA has already settled many claims for those onboard the tragic flight. If the United States lawsuit is dismissed and refiled in Indonesia against IAA, IAA will agree to pay such damages as are finally determined by an Indonesian court.

I hope this explains our position. Please feel free to make this lettter available to the court in the United States that is hearing this matter.

Yours sincerely,

Peng Lin
**Partner**
**Global Head of Aviation**